So Ordered

_____
Robert E. Littlefield, Jr.
Chief, United States Bankruptcy Judge

Signed this 17 day of August, 2012.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

    BENJAMIN YVES CHADABE,

              Debtor.

Chapter 7
Case No: 12-11731-1-rel

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

UPON the Notice of Motion and Motion of creditor First Niagara Funding, Inc. ("FNF") dated July 23, 2012 (the "Motion"), and the exhibits annexed thereto, seeking an Order pursuant to 11 U.S.C. § 362(d)(1) granting relief from the automatic stay; and

UPON the Motion having been duly and properly served and no opposition having been submitted to FNF's motion; and

UPON due consideration by the Court of FNF's Motion and the entire record herein; it is hereby

ORDERED that FNF's motion is granted in all respects, with FNF being granted relief from the automatic stay pursuant to 11 U.S.C § 362(d)(1) such that the automatic stay is hereby immediately lifted and FNF may continue to prosecute its New York State Court note action.

# # # #